# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0769

VERSUS

DEQUAN A. STEWART

**OCTOBER 23, 2025**

---

In Re: Dequan A. Stewart, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 19-255.

---

BEFORE: **THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.**

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT